**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLNSOFT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ARKANE DIGITAL, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 8:25-cv-00326-SVW-KES<br><br>[PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE |

[PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE

**[PROPOSED] ORDER**

The Court, having reviewed the Parties' Joint Stipulation and [PROPOSED] Order Regarding Dismissal Prejudice, and good cause appearing, it is **HEREBY ORDERED** that:

1.) This action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41;

2.) This Court shall retain jurisdiction to enforce the terms of the settlement reached between the parties.

**IT IS SO ORDERED**

Dated: September 24, 2025

By: _____
HONORABLE STEPHEN V. WILSON